1116

No. 73–256. PARRA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–648. WOLFE *v.* METROPOLITAN DADE COUNTY ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–657. COX ET AL. *v.* INTERNATIONAL LONG-SHOREMEN'S ASSN., LOCAL 1273, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–688. LITTLEJOHN *v.* SHELL OIL CO. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5456. HOWARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5637. WRIGHT *v.* BENNETT, JUDGE, ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5748. HOLMES *v.* BURR, SHERIFF. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–691. HYDE PARK MEDICAL LABORATORY, INC., ET AL. *v.* ILLINOIS DEPARTMENT OF PUBLIC AID ET AL. C. A. 7th Cir. Motion for fees, costs, and damages for delay under Rule 56 (4) of the Rules of this Court denied. Certiorari denied.

No. 73–348. BAGGETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE took no

part in the consideration or decision of this petition.

No. 72–1529.  UNITED STATES v. DOWDY, *ante,* p. 823;

No. 72–1584.  DOWDY v. UNITED STATES, *ante,* p. 866;

No. 73–5091.  PERRY v. UNITED STATES, *ante,* p. 1005;

No. 73–5184.  ANDERSON v. UNITED STATES, *ante,* p. 1007;

No. 73–5298.  SLAUGHTER v. CALIFORNIA, *ante,* p. 1010;

No. 73–5334.  DURHAM v. MACDONALD, *ante,* p. 1027;

No. 73–5361.  RENDEL v. GOMES, PRISON SUPERINTENDENT, ET AL., *ante,* p. 1027; and

No. 73–5362.  HAMBURG ET UX. v. JONES ET UX., *ante,* p. 1027.  Petitions for rehearing denied.

No. 72–6810.  DULLES ET AL. v. FIDUCIARY TRUST CO., *ante,* p. 844.  Motion for leave to file petition for rehearing denied.

DECEMBER 20, 1973

No. A–608.  FEDERAL POWER COMMISSION v. CONSUMER FEDERATION OF AMERICA ET AL.  Application to vacate stay entered by the United States Court of Appeals for the District of Columbia Circuit presented to THE CHIEF JUSTICE, and by him referred to the Court, granted.  MR. JUSTICE DOUGLAS dissents from vacating stay.  MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this application.

JANUARY 7, 1974

No. 73–736.  KISTER ET AL. v. OHIO BOARD OF REGENTS ET AL.  Affirmed on appeal from D. C. S. D. Ohio.